IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM ALLEN LEGG  :

v.  :  CIVIL ACTION NO. DKC-02-3041

SHERIFF MEADOWS  :
HARFORD COUNTY SHERIFF'S
   DEPARTMENT  :

### ORDER

In accordance with the foregoing Memorandum, **IT IS** this 20th day of September, 2002 by this Court hereby **ORDERED**:

1. That the above-captioned complaint **IS DISMISSED WITHOUT PREJUDICE**;

2. That the Motion for Appointment of Counsel (Paper No. 3) and Motion for Jury Trial (Paper No. 4) **ARE DENIED**;

3. That the Clerk of Court **CLOSE** this case; and

4. That the Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to **plaintiff.**

                                                /s/ Deborah K. Chasanow
                                                Deborah K. Chasanow
                                                United States District Judge


